# EXHIBIT B



# MASERATI ST. LOUIS

# BUSINESS PLAN

# 2003 - 2004

FNA0000004

## Executive Overview

### Introduction

St. Louis Motorsports d/b/a Bentley St. Louis and, in the near future, Maserati St. Louis is a state-of-the-art automobile new car dealership focusing exclusively on the high line sector (HLS). Our goal is to own and operate one of the most prestigious exotic automobile dealerships in the United States.

### Principals

We (St. Louis Motorsports) started this venture in late 1999 as a venture between James N. Mills and Graham Hill. Graham Hill and James N. Mills are both financial partners in St. Louis Motorsports.

Mr. Mills has over 40 years of business experience behind him. His experience includes, but is not limited to all aspects of Multi-million dollar acquisitions and dispositions of corporations, and managing both large and small corporations on a day-to-day basis.

Mr. Hill has been selling high line vehicles for the past 20 years and is intimately familiar with the automobile business at the dealership level. Mr. Hill also has worked with Bentley and Rolls-Royce for a number of years on a corporate basis and understands the needs of the manufacturer.

James J. Mills is an operating partner with Mr. Hill. In the past, James J. Mills' (JJ) ran a $220million corporation and has held positions of increasing responsibility with $100+ million corporations in the past 14 years of his business career.

### History

In late 1999, we started our talks with Rolls-Royce and Bentley. We solicited RRB for a franchise and, in March 2001, were given a letter of intent from Rolls-Royce and Bentley. In September 2001, both Mr. Hill and JJ Mills left their positions to pursue full-time the startup of Bentley St. Louis. This startup included the acquisition of the land, the design of the building and lot and the creation of the overall business plan.

During our start-up and creation of the business plan, we realized Bentley and Rolls-Royce, while profitable, would take a period of 14 months to recoup our original investment and become cash positive. It became apparent St. Louis Motorsports would need another line of vehicles to help offset costs and become cash positive, quicker. Knowing that Maserati was coming back to North America after a long absence, we felt it would be a perfect fit. In November

2001, we were in New York for some meetings with other Rolls Royce and Bentley dealers and made arrangements to meet with Jack Clarke. At the time, we were told Maserati was looking to add a point to the St. Louis area sometime in 2003. We made a decision to press ahead with our original plan of a RR/B dealership and to contact Maserati in early 2003.

In March 2002, Mr. Hill and JJ Mills started selling pre-owned Bentleys, Rolls-Royces' and other exotic and high line automobiles. We did this to get our feet wet on a local (and National) basis, to help offset costs related to the start-up and to get the procedures and processes in place prior to our original planned opening in September 2002. Prior to moving into our building, we sold a large number of high line automobiles including, Bentley, Rolls-Royce, Aston Martin, Ferrari and Mercedes to name a few.

Starting an automobile dealership in Chesterfield, Missouri was not easy. We went through numerous revisions and changes dictated by the City of Chesterfields' planning, zoning and architectural boards. The project was delayed and we ultimately opened on December 7, 2002. Our Grand Opening was an enormous success. On that day, we held a nationally sponsored ride-and-drive with the support of Bentley Motors. It was, by Bentleys' measurement, the most successful one held, ever! Of note, other manufacturers such as Audi, Volkswagen and Land Rover are trying to relocate franchises to our area (Chesterfield).

In January, at the North American International Auto Show, we met with representatives of Maserati and, ultimately, have brought us to this point in time.

The Future

St. Louis Motorsports is now under letter of intent with your organization and have numerous tasks ahead of us. Maserati North America chose St. Louis Motorsports over other candidates for a number of reasons and we want to reinforce your choice. Our goal is to represent the Maserati brand in its best light and we are determined to become your finest dealer in North America. In order to be the best, we will have to execute Maseratis' and St. Louis Motorsports' plans quickly and efficiently. To that end, this document will summarize our sales, service, parts, marketing and financial plans for the next 12 months.