# EXHIBIT H

# Ferrari North America, Inc.

**BY FEDERAL EXPRESS**

January 30, 2008



James N. Mills
St. Louis Motorsports LLC
1 Arnage Boulevard
St. Louis, MO 63005

Dear Mr. Mills:

The purpose of this letter is to notify you that the term of the Authorized Service Only Agreement dated May 25, 2005 between Ferrari North America, Inc. and St. Louis Motorsports LLC has been extended through May 25, 2009. Please keep this letter in a safe place with your signed Agreement as it is the only notification that you will receive.

Please contact me if you have any questions.

Sincerely,

David M. Wertheim
Vice President, General Counsel

cc:  Maurizio Parlato
     Adam Rowley

Ferrari North America, Inc.
250 Sylvan Avenue
Englewood Cliffs, NJ 07632
tel 201 816 2600
fax 201 816 2626